

for failure to prosecute in accordance with the rules.

are, VACATED and RECALLED, and the notice of appeal is REINSTATED.

Loren Stephen LOOMIS,
Plaintiff–Appellee,

v.

UNITED STATES, Defendant–
Appellant.

No. 2006–5095.

United States Court of Appeals,
Federal Circuit.

Aug. 31, 2006.

George E. KERSEY, Plaintiff–
Appellant,

v.

UNDER SECRETARY OF COM-
MERCE FOR INTELLECTUAL
PROPERTY and Director of the Pat-
ent and Trademark Office, Defen-
dants–Appellees.

No. 05–1272.

United States Court of Appeals,
Federal Circuit.

Aug. 30, 2006.

George E. Kersey, pro se.

### ORDER

Appellant having paid the initial filing fee, it is

ORDERED that the order of dismissal and the mandate be, and the same hereby

### ORDER

Upon consideration of the United States' unopposed motion to voluntarily dismiss its appeal of the judgment entered by the United States Court of Federal Claims in *Loomis v. United States*, 68 Fed.Cl. 503,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.